

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: | § | No. 08-17-00256-CV |
| BASIC ENERGY SERVICES L.P. | § | ORIGINAL PROCEEDING |
| AND JEREMY NICHELSON, | § | ON PETITION FOR WRIT OF |
| RELATORS, | § | MANDAMUS |
|  | § |  |
|  | § |  |

## **MEMORANDUM OPINION**

Relators, Basic Energy Services L.P. and Jeremy Nichelson, filed a petition for writ of mandamus against the Honorable Patrick Garcia, Judge of the 384th District Court of El Paso County, Texas. Relators have filed a motion to dismiss the original proceeding because the parties have resolved the claims pending in the underlying case. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the original proceeding.

June 22, 2018

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.